JAMES B. DIXON, as Administrator of the Estate of SUSAN DIXON, Deceased, Appellant, *v.* FRANK BARKELY, Respondent.

*Dixon* v. *Barkley*, 131 App. Div. 918, affirmed.
(Argued October 25, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 28, 1910, affirming a judgment in favor

of defendant entered upon the report of a referee in an action to set aside an alleged satisfaction of a mortgage on the ground of fraud.

*Fred. A. Bratt* for appellant.

*Edgar T. Brackett* and *Wyman S. Bascom* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, CHASE and COLLIN, JJ.